UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14028-CR-MOORE/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DARRELL BRUNSON,

    Defendant.
_____/

FILED by _____ D.C.

AUG 30 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSION TO ALL VIOLATIONS AS SET FORTH IN THE PETITION ALLEGING VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** having come before the Court for a final hearing on August 30, 2017, in respect to the pending Petition for Warrant or Summons for Offender Under Supervision [D.E. 605] (the "Petition"), and this Court having convened a hearing, recommends to the District Court as follows:

1. Defendant appeared before this Court on August 30, 2017 for a final hearing with respect to the Petition, which alleges the following violations of supervised release:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On April 25, 2017, the defendant submitted a specimen which tested positive for the presence of marijuana in our local laboratory, and subsequently confirmed positive by Alere Toxicology Services, Incorporated. |
| **Violation Number 2** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On May 30, 2017, the defendant submitted a specimen which tested positive for the presence of cocaine in our local laboratory, and subsequently confirmed positive by Alere Toxicology Services, Incorporated. |

**Violation Number 3**         **Violation of Mandatory Condition,** by unlawfully possessing or using a controlled substance. On June 2, 2017, the defendant submitted a specimen which tested positive for the presence of cocaine in our local laboratory, and subsequently confirmed positive by Alere Toxicology Services, Incorporated.

2. After consultation with his attorney, Defendant announced to this Court that he wished to admit Violation Numbers 1, 2, and 3 as set forth in the Petition. This Court questioned Defendant on the record and made certain that he understood his rights in regards to an evidentiary hearing with respect to the alleged violations. Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

3. Counsel for the parties agreed that the Court could take judicial notice of the facts set forth in the Memorandum dated June 23, 2017 from Senior United States Probation Officer David Farinacci. Therefore, the Court takes judicial notice of the facts set forth in the Memorandum and finds that they set forth a sufficient basis to support Defendant's admission to Violation Numbers 1, 2, and 3.

4. The possible maximum penalties faced by Defendant were read into the record by the government, and Defendant stated that he understood those penalties.

**ACCORDINGLY,** based upon Defendant's admission to Violation Numbers 1, 2, and 3 of the Petition under oath, this Court recommends to the District Court that Defendant be found to have violated his supervised release in respect to Violation Numbers 1, 2, and 3 and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, the Chief United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 30th day of August, 2017.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Diana Acosta
CJA Ian Goldstein
U.S. Probation (USPO David Farinacci)